**SEALED**

FILED ___ LODGED
RECEIVED ___ COPY

JAN 2 7 2010

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America<br><br>  Plaintiff,<br>v.<br><br>United States of America<br><br>  Plaintiff,<br>v.<br><br>1) Daniel David Rigmaiden,<br>  a.k.a. Steven Travis Brawner,<br>  a.k.a. Travis Rupard,<br>  a.k.a. Patrick Stout,<br>  (Counts 1-74); and<br><br>2) Ransom Carter<br>  (Counts 1-3, 37 & 38);<br><br>  Defendants. | NO. CR-08-814-PHX-DGC<br><br>**ORDER TO SEAL<br>SUPERSEDING INDICTMENT** |

Based upon the United States of America's Motion to Seal pursuant to Fed. R. Crim. P. 6(e)(4), and good cause appearing;

IT IS ORDERED that the Superseding Indictment filed in this matter, the Motion to Seal and this order be filed under seal.

/

/

/

/

/

Excludable delay under 18 U.S.C. § 3161(h) _____ is found to commence on _____ _____ for a total of _____ days.

DATED this __27th__ day of __January, 2010_____.

_____
EDWARD C. VOSS
UNITED STATES MAGISTRATE JUDGE