Taylor W. Fox
Taylor W. Fox, P.C. 019780
1 Renaissance Square, 2 N. Central Ave.
Suite 735, Phoenix, AZ 85004
Telephone: 602-443-2220
Facsimile:   602-443-2221
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA, | No. CR08-00814-PHX-DGC |
|---|---|
| Plaintiff, | |
| vs. | DEFENDANT'S MOTION TO JOIN CO-DEFENDANT'S MOTION TO CONTINUE TRIAL |
| RANSOM MARION CARTER III, | |
| Defendant. | |

NOW COMES the Defendant, by and through undersigned counsel, and joins in co-Defendant Rigmaiden's *pro se* "Motion to Continue Trial" filed July 13, 2010. Counsel for defendant Carter also needs additional time to review discovery materials, including an additional 14,000 pages of which counsel received notification yesterday that said new discovery was available for pick-up at the U.S. Attorney's Office. Counsel has also been in a capital trial since May 19, 2010 (State v. Fitzgerald, CR 2005-111543-001 DT), a matter that will conclude sometime in mid to late August. For these reasons, Defendant Carter joins in co-defendant Rigmaiden's motion .

RESPECTFULLY SUBMITTED this 14th day of July, 2010.

By:   s/Taylor W. Fox

1

## MAIL CERTIFICATE

**I HEREBY CERTIFY THAT ON THE FOURTEENTH DAY OF JULY, 2010, I ELECTRONICALLY TRANSMITTED THE ATTACHED DOCUMENT TO THE CLERK'S OFFICE USING THE CM/ECF SYSTEM FOR FILING AND TRANSMITTAL OF A NOTICE OF ELECTRONIC FILING TO THE FOLLOWING CM/ECF REGISTRANTS:** Judge David G. Campbell, Assistant U.S. Attorney, Frederick Battista

BY: TAYLOR W. FOX

:      s/Taylor W. Fox

2