AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

FILED ___ LODGED
___ RECEIVED ___ COPY
DEC 29 2010
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ M DEPUTY

United States of America
v.
Ransom Marion Carter, III

)
)
) Case No. CR 08-814 PHX-DGC
)
)
)

*Defendant*

~~SEALED~~

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Ransom Marion Carter, III,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18:371 and 2 Conspiracy; 18:1343 and 2 Wire Fraud and 18:1028A(a)(1) and 2 Aggravated Identity Theft

Date: 01/28/2010

*Linda Patton* For
*Issuing officer's signature*

City and state: Phoenix, AZ

Richard H. Weare, Clerk of Court/DCE
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 01282010, and the person was arrested on *(date)* 05122010
at *(city and state)* Phoenix, AZ.

Date: 12272010

arrested by IRS
*Arresting officer's signature*

*Printed name and title*