___ FILED    ___ LODGED
___ RECEIVED ___ COPY

APR 1 5 2011

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,  ) | |
| ) | CR 08-814-02-PHX-DGC |
| Plaintiff,  ) | |
| ) | |
| v.  ) | CONSENT OF DEFENDANT |
| ) | |
| Ransom Marion Carter, III,  ) | ORDER OF REFERRAL |
| ) | |
| Defendant.  ) | |

## ORDER OF REFERRAL

Defendant, Ransom Marion Carter, III, having requested permission to enter a plea of guilty, and having consented to go forward with that plea of guilty before a United States Magistrate Judge, the Court refers the matter to Magistrate Judge David K. Duncan, to administer the allocution pursuant to Rule 11, Fed.R.Crim.P., and to make findings as follows:

(A)     Whether defendant (1) is competent to enter a plea; (2) knowingly and voluntarily wishes to enter a plea to the charges(s); (3) understands the charge(s); (4) whether there exists a factual basis for the charge(s); and a recommendation as follows:

(B)     Whether the plea of guilty should be accepted by the District Court.

Dated this 5th day of April, 2011.

_____
David G. Campbell
United States District Judge

## CONSENT OF DEFENDANT

After full consultation with counsel, I voluntarily consent to go forward with my plea of guilty before the United States Magistrate Judge. I consent to the above referral:

R. Carter  15APR.11
_____
Defendant/Date

4/15/2011
_____
Counsel for Defendant/Date

_____ 4/15/11
Assistant U. S. Attorney/Date