IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | |
|     Plaintiff, ) | No. CR 08-00814-02 PHX DGC |
| vs. ) | |
| ) | **ORDER** |
| Ransom Marion Carter, III, ) | |
|     Defendant. ) | |

On April 21, 2011, Magistrate Judge David K. Duncan issued "Findings and Recommendation of the Magistrate Judge Upon a Plea of Guilty and Order." The Magistrate Judge recommended that the Court accept Defendant's plea of guilty, subject to the Court's acceptance of the Plea Agreement. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1). The Court accepts the Recommendation of the Magistrate Judge.

**IT IS HEREBY ORDERED** that Defendant's guilty plea is accepted, that the Court's decision on acceptance of the Plea Agreement will be deferred to the time of sentencing, and that the Probation Office shall prepare a presentence report.

DATED this 17th day of May, 2011

_____
David G. Campbell
United States District Judge