1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

9
10
11
12
13
14

United States of America,

                Plaintiff,

     v.

Daniel David Rigmaiden, et al,

                Defendants.

CR 08-814-001-PHX-DGC

**ORDER FOR ENLARGEMENT OF
TIME**

15
16
17
18
19
20
21
22
23
24
25
26
27
28

      Upon motion of the United States, good cause appearing as stated in the government's motion,

      IT IS ORDERED granting the government's Motion for Enlargement of Time (doc 606) to respond to the following motions filed by the defendant: (1) Motion to Unseal Docket Nos. 470 and 576 (Docket No. 593); (2) Motion to Dismiss Indictment for Destruction of Evidence (Docket No. 595); (3) Motion/Application for Subpoena Duces Tecum, (Docket No. 596); (4) Motion for Order Requiring Government to Release the Physical Aircard to Defense (Docket No. 597); and (5) Motion to Dismiss for Lack of Access to Seized Storage Device Drive Images (Docket No. 603), until September 23, 2011.

/

/

/

/

Excludable delay under 18 U.S.C. § 3161(h)_____ is found to commence on August 30, 2011, for a total of 9 days.

DATED this 7th day of September, 2011.

David G. Campbell
United States District Judge